PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

| | |
|---|---|
| Name of Offender: Richard Remy | Cr.: 07-00946-001 |
| | PACTS #: 44954 |

Name of Sentencing Judicial Officer: Honorable Faith S. Hochberg, United States District Judge

Date of Original Sentence: 06/23/08

Original Offense: Bank Fraud

Original Sentence: 12 months and 1 day incarceration followed by 3 years supervised release; $100 special assessment and $31,339 in restitution imposed. Special conditions: 1) full financial disclosure; 2) no new debt or additional lines of credit; 3) mental health evaluation and treatment; and, 4) DNA collection.

Date of Revocation Sentence: 05/26/10

Revocation Sentence: 4 months incarceration followed by 2 years supervised release.

| | |
|---|---|
| Type of Supervision: Supervised Release | Date Supervision Commenced: 09/03/10 |

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Remy's supervised release term is scheduled to expire on September 2, 2012, with an outstanding restitution obligation of $21,340.84. Although Remy made payments towards the restitution balance, he was unable to satisfy the Court-ordered financial obligation prior to the scheduled date of expiration. To date, the offender has paid $10,098.16 towards the financial obligation. |

U.S. Probation Officer Action:

Remy is currently unemployed but has agreed to continue making payments of at least $100 per month until the restitution is paid in full. Based on this information, we respectfully recommend that Remy's term of supervised release be allowed to expire as scheduled on September 2, 2012, with the stipulation that he continue to make regular restitution payments of at least $100 per month until the restitution obligation is paid in full. The Financial Litigation Unit of the United States Attorney's Office has been notified.

Respectfully submitted,
Maureen Kelly
By: Adriana Garcia O'Hara
U.S. Probation Officer
Date: 08/28/12

PROB 12A - Page 2
Richard Remy

*The Court Orders:*

[X] Supervision to Terminate as scheduled
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

8/29/12
Date